AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:19-MJ-00071
Parcel seized on January 8, 2019, and currently in the )
custody of the United States Postal Inspection Service )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____14 days from the date of its issuance____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/10/2019 2:50 pm _____
Judge's signature

City and state: Los Angeles, California Hon. Alka Sagar, United States Magistrate Judge
*Printed name and title*

AUSA Skyler Cho x2475

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:19-MJ-00071 | Date and time warrant executed:<br>1/10/19   3:29 PM | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>S. WEIDENKOPF / D. ABEBE | | |
| Inventory of the property taken and name of any person(s) seized:<br>[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes).  If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]<br><br>PARCEL PACKAGING/WRAPPINGS<br>THREE SEMI-AUTOMATIC HANDGUNS WITH MAGAZINES | | |

**Certification**  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/14/19

_____
Executing officer's signature

U.S. POSTAL INSPECTOR JOSEPH WEIDENKOPF
Printed name and title

AUSA Skyler Cho x2475

## **ATTACHMENT A**

PARCEL TO BE SEARCHED

A United States Postal Service Priority Express Mail parcel bearing label number EE409611028US, which is a white cardboard box, weighing approximately 4 pounds 12 ounces, postmarked on January 7, 2019, in Baton Rouge, Louisiana, and which bears a handwritten address label with the following recipient information: "James Mabin 5560 Ackerfield apt 203 Long beach, CA 90805"; and with the following return address information: "Mercedes Jones 12020 elva drive 70816" (the "Subject Parcel").

## ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

        a.   Any controlled substances;

        b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

        c.   Packaging material.